JANE KIM (Cal. Bar No. 298192)
DARA L. SILVEIRA (Cal. Bar No. 274923)
**KELLER & BENVENUTTI LLP**
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 364-6793
Facsimile: (650) 636-9251

Local Counsel for Applied Materials, Inc. and Gary Dickerson

ROGER A. COOPER (*pro hac vice*)
ANNA F. CONNOLLY (*pro hac vice*)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

Attorneys for Applied Materials, Inc. and Gary Dickerson

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JOHN OLAGUES, | Case No. 17-cv-04800-YGR |
| Plaintiff, | **STIPULATION REGARDING EXTENSION OF TIME TO ANSWER COMPLAINT** |
| v. | |
| GARY DICKERSON *et al.*, | |
| Defendants. | |

Pursuant to Civil Local Rule 6-1, defendants Gary Dickerson and Applied Materials, Inc. (together, "**Defendants**"), and plaintiff John Olagues ("**Plaintiff**") hereby stipulate and agree with reference to the following:

    A.    Plaintiff filed a complaint in this case against Defendants on August 17, 2017 (the "**Complaint**").

B. Plaintiff sent Defendants a request for waivers of service of the Complaint on September 6, 2017. Defendants mailed executed waivers of service to Plaintiff on September 20, 2017.

C. Pursuant to Fed. R. Civ. P. 4(d)(3), Defendants must currently answer, move to dismiss, or otherwise respond to the Complaint on or before November 6, 2017.

D. Plaintiff and Defendants have agreed to extend the deadline for Defendants to answer, move to dismiss, or otherwise respond to the Complaint by sixty-seven (67) days.

E. In addition, Plaintiff and Defendants intend to confer on a briefing schedule for any motion pursuant to Fed. R. Civ. P. 12, and will seek guidance from the Court on that schedule.

### Terms of Stipulation

1. The time for the Defendants to answer, move with respect to, or otherwise respond to the Complaint is extended up through and including **January 12, 2018**.

**IT IS SO STIPULATED.**

Dated: November 1, 2017

**KELLER & BENVENUTTI LLP**
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: /s/ Roger A. Cooper
Roger A. Cooper
Attorney for Defendants

Dated: Nov 1, 2017

By: John Olagues
John Olagues
Appearing pro se

---

STIPULATION REGARDING EXTENSION OF TIME TO ANSWER COMPLAINT