UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

John Olagues, Pro Se
A shareholder of Applied Materials Inc

        Plaintiff

V.

Gary Dickerson Pres and CEO of
Applied Materials Ind &
Applied Materials

        Defendants

4:17-cv-4800-YGR

Private Right of Action
Under Section 16 b of the
Securities Act of 1934
Case # CV 17 4800 JSC YGR

---

## Notice of Voluntary Dismissal with Prejudice

I, John Olagues, voluntarily dismiss the above-captioned action against all defendants with prejudice pursuant to Fed. R. Civ .P. 41(a)(1)(A)(i).

*John Olagues*

John Olagues, Pro Se
413 Sauve Rd
River Ridge LA 70123
olagues@gmail.com
504-305-4071

Dated March 19, 2018



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
3/29/18